# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:11-cr-222-30 EAJ

RAVINDER REDDY ALLALA

18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6) - Forfeiture



## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 19, 2006, in the Middle District of Florida,

**RAVINDER REDDY ALLALA,**

the defendant herein, did knowingly make and subscribe as true, under the penalty of perjury, false statements, that is, the location of the petitioning entity, the nature of the position available to the nonimmigrant worker, and the identity of the individual submitting and certifying the petition, with respect to a material fact in an application and other documents required by the immigration laws or regulations, to wit, an I-129 Petition for Nonimmigrant Worker, which statements the defendant then and there knew were false.

In violation of Title 18, United States Code, Section 1546(a).



## COUNT TWO

On or about April 15, 2007, in the Middle District of Florida,

RAVINDER REDDY ALLALA,

the defendant herein, did knowingly make and subscribe as true, under the penalty of perjury, false statements, that is, the location of the petitioning entity, and the nature of the position available to the nonimmigrant worker, with respect to a material fact in an application and other documents required by the immigration laws or regulations, to wit, an I-140 Petition for Alien Worker, which statements the defendant then and there knew were false.

In violation of Title 18, United States Code, Section 1546(a).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(6).

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant, RAVINDER REDDY ALLALA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any and all right, title, and interest he may have in:

> a. Any conveyance, including any vessel, vehicle, or aircraft, used in the commission of a violation of Title 8, United States Code, Section 1324(a);
>
> b. Any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; and

    c.    Any property, real or personal, used to facilitate, or is intended to be used to facilitate, the commission of such violation.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
SARA C. SWEENEY
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes

FORM OBD-34
APR 1991

No.   8:11-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

RAVINDER REDDY ALLALA

## INDICTMENT

Violations:

18 U.S.C. § 1546(a) - Making False Statement on Immigration Documents - Visa Fraud

A true bill,

_____
Foreperson

Filed in open court this 26th day
of April 2011.

_____
Clerk

Bail $ _____

GPO 863 525

11 APR 26 AM 11:47

FILED