UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,            :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :            Case No.  8:11-CR-222-T-30EAJ
                                     :
RAVINDER REDDY ALLALA,               :
                                     :
    Defendant.                       :

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
### FOR RECEIPTS FOR BANK WITHDRAWALS OF CRIMINAL FINES

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its response to the defendant's Motion for Receipts for Bank Withdrawals of Criminal Fines, Doc. 53, and in support thereof, states:

1.      On April 18, 2012, a Notice of Lien letter was hand delivered to Bank of America, N.A., directing the bank to not authorize payment of any funds nor distribute any property to defendant Allala or others if such payment or distribution would reduce defendant's funds or property below the amount of defendant's judgment amount of $25,200, pending resolution of the matter.

2.      Bank of America, N.A., has not disbursed any monies to the United States, as the intent of the letter was only to notify the bank of pending enforcement, specifically, a Writ of Garnishment, which will be filed along with this response.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney


By:    s/ I. Randall Gold
       I. RANDALL GOLD
       Assistant United States Attorney
       Florida Bar Number 0268062
       Financial Litigation Unit/DAH
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 274-6025
       Facsimile:   (813) 274-6247
       E-mail:    FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2012, a true and correct copy of

the instant pleading and the declaration were sent by U.S. Mail, postage prepaid, to

the following non-CM/ECF participants:

Ravinder Allala, Reg. No. 62774-019
CI D. Ray James
Correctional Institution
P.O. Box 2000
Folkston, Georgia 31537

s/ I Randall Gold
Assistant United States Attorney