UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :   Case No. 8:11-CR-222-T-30EAJ
                                   :
RAVINDER REDDY ALLALA,             :
                                   :
    Defendant,                     :
                                   :
and                                :
                                   :
BANK OF AMERICA, N.A.,             :
                                   :
    Garnishee.                     :

## WRIT OF GARNISHMENT

GREETINGS TO:  Bank of America, N.A.
                  Attention: Garnishment Department
                  101 E. Kennedy Boulevard
                  Tampa, Florida 33602

An Application for Writ of Garnishment against defendant Ravinder Reddy Allala has been filed with this Court. On February 14, 2012, a judgment was entered against defendant and in favor of the United States in the Middle District of Florida for a fine in the amount of $25,000.00. As of July 26, 2012, the balance due is $25,017.31, consisting of principal in the amount of $25,000.00 and interest in the amount of $17.31. Interest continues to accrue after July 26, 2012, at the rate of 0.170% per annum.

You are required by law to answer in writing, under oath, within ten days, whether you have in your possession, custody, or control, any property in which defendant has a substantial nonexempt interest, including, but not limited to, a personal checking account; how much you anticipate owing defendant in the future, if applicable; and whether the period for payment will be weekly or another specified period. You are also required by law to describe any previous garnishments to which property of defendant is subject.

You must file the original written answer to this Writ within ten days of your receipt of this Writ with the Clerk of Court, United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. Additionally, you are required by law to serve a copy of your answer upon defendant, Ravinder Reddy Allala, Folkston, Georgia 31537, and upon the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, Attn: I. Randall Gold, Assistant United States Attorney.

Under the law, there is property which may be exempt from this Writ of Garnishment. Property that is exempt and not subject to a Writ of Garnishment is listed on the attached Claim for Exemption form. You shall withhold and retain any property in which defendant has a substantial nonexempt interest and for which you are or may become indebted to defendant pending further order of the Court.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment

against you for the value of defendant's nonexempt property. It is unlawful to pay or deliver to defendant any item attached by this Writ.

(Seal)  SHERYL L. LOESCH
Clerk, United States District Court
Middle District of Florida

By: _____
  DEPUTY CLERK

Dated: _August 2, 2012_

C:\Users\dsaucier\AppData\Local\Temp\notesE22234\11-cr-222 writ of garnishment.wpd

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:11-CR-222-T-30EAJ |
| RAVINDER REDDY ALLALA, | : |
| Defendant, | : |
| and | : |
| BANK OF AMERICA, N.A., | : |
| Garnishee. | : |

**CLAIM FOR EXEMPTION**

**AND**

**REQUEST FOR HEARING**

I declare under penalty of perjury that I am entitled to claim the following exemption(s) from execution which are checked below:

_____ Wearing apparel and school books – Such items of wearing apparel and such school books as are necessary for Defendant or for members of Defendant's family (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(1)).

_____ Fuel, provisions, furniture, and personal effects – So much of the fuel, provisions, furniture, and personal effects in Defendant's household, and of the arms for personal use, livestock, and poultry of Defendant, as does not exceed $6,250 in value (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(2)).

_____   Books and tools of a trade, business, or profession – So many of the books and tools necessary for the trade, business, or profession of Defendant as do not exceed in the aggregate $3,125 in value (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(3)).

_____   Unemployment benefits – Any amount payable to Defendant with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(4)).

_____   Undelivered mail – Mail, addressed to any person, which has not been delivered to the addressee (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(5)).

_____   Certain annuity and pension payments – Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 562), and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(6)).

_____   Workmen's compensation – Any amount payable to Defendant as workmen's compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(7)).

_____   Judgments for support of minor children – If Defendant is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(8)).

_____   Certain service-connected disability payments – Any amount payable to Defendant as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit under –
      (A) subchapter II, III, IV, V, or VI of chapter 11 of such title 38, or
      (B) chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.
(18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(10)).

\_\_\_\_   Assistance under job training partnership act – Any amount payable to Defendant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act (18 U.S.C. § 3613(a)(1) and 26 U.S.C. § 6334(a)(12)).

The maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed the lesser of –

(1) 25% of Defendant's disposable earnings for the week or
(2) the amount by which Defendant's disposable earnings for the week exceed thirty times the Federal minimum hourly wage prescribed by section 206(a)(1) of Title 29 in effect at the time the earnings are payable (18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673).

I hereby request a court hearing to determine the validity of the exemptions I have claimed. Notice of hearing should be given to me by mail at the following address:

_____
RAVINDER REDDY ALLALA (Signature)

_____
(Street Address)

_____
(City and State)

_____
(Date)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date listed immediately above, I mailed or hand-delivered the original of this document to the Clerk of Court and I mailed or hand-delivered a copy of this document to the following persons:

I. Randall Gold
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

Bank of America, N.A.
Attention: Garnishment Department
101 E. Kennedy Boulevard
Tampa, Florida 33602

RAVINDER REDDY ALLALA (Signature)

4