UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  8:11-CR-222-T-30EAJ |
| | : | |
| RAVINDER REDDY ALLALA, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Garnishee. | : | |

**UNITED STATES OF AMERICA'S RESPONSE TO THIS COURT'S
ENDORSED ORDER DATED SEPTEMBER 4, 2012**

Plaintiff United States of America, by and through the undersigned Assistant

United States Attorney, hereby files its response to this Court's Order dated

September 4, 2012.

In a letter to the Clerk of the District Court, the defendant requested an

explanation as to the reason Garnishee, Bank of America, N.A., withheld

approximately $7,500 from his checking account in addition to the $25,000 withheld

pursuant to the instant Writ of Garnishment.   Undersigned counsel's office has

been advised by Garnishee, Bank of America, N.A.'s  garnishment department that

it is standard protocol for the bank to withhold amounts between thirty and fifty

percent on garnishment actions.   This amount in excess of the original amount

subject to the Writ of Garnishment, assures Bank of America, N.A. that funds are

available for additional interest or penalties due as a result of the pending action.  At

such a time as a final order in garnishment is entered, the bank will release the

funds and the defendant will regain access to the approximate amount of $7,500.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:    s/ I. Randall Gold
       I. RANDALL GOLD
       Assistant United States Attorney
       Florida Bar Number 0268062
       Financial Litigation Unit/DAH
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 274-6025
       Facsimile:   (813) 274-6247
       E-mail:      FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2012, a true and correct copy of

the instant pleading was sent by U.S. Mail, postage prepaid, to the following

non-CM/ECF participants:

> Ravinder Allala, Reg. No. 62774-019
> CI D. Ray James
> Correctional Institution
> P.O. Box 2000
> Folkston, Georgia  31537
>
> Ravinder Allala
> ℅ Jay Strongwater, Esq.
> Suite 1250, Midtown Plaza
> 1349 West Peachtree Street
> Atlanta, Georgia  30309
>
> Bank of America, N.A.
> Attention: Garnishment Department
> 101 E. Kennedy Boulevard
> Tampa, Florida  33602

> s/ I Randall Gold
> Assistant United States Attorney