UNITED STATES DISTRICT COURT

" CLERK OF THE COURT "
FLORIDA MIDDLE DISTRICT.
CRIMINAL CASE # 8:11-CR-222-T-30 EAJ

B
SUB : REQUEST FOR AN UPDATE ON FINE REFUND OVERPAYMENT.

Dear Clerk of the court.

I sent a letter on 10/04/2012 for an update on my payment of fine of $25,000. But I have never got any response from honorable court.
As I earlier mentioned several times that court orderered bank of America to hold the funds of $25,200 and another $7522 out of my Bank of America checking account.
I worte to Bank of America but did not get any response so far.
I am wondering what is going on with my money, As court knows that I am currently serving my time and I have limited access to make effective communication.
I am requesting honorable court to understand my situation and update me on my fines and refund the rest what ever I am entitled to get.
I have 2 children to support.
Kindly undestand the same and I would request court to send the positive response in this matter.

Since I am not accesable to my bank account I would request court to send the response and check to my below address to my case manager .

Respectfully submitted

Ravinder Reddy Allala
BOP# 62 774-019
D.Ray James  C.F
P.O Box 2000
Folkston,GA 31537

Dated : February 25,2013