UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>RAVINDER REDDY ALLALA,<br>    Defendant,<br><br>and<br><br>BANK OF AMERICA, N.A.,<br>    Garnishee. | Case No. 8:11-CR-222-T-30EAJ |

**UNITED STATES OF AMERICA'S MOTION
FOR ENTRY OF FINAL ORDER IN GARNISHMENT**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to 28 U.S.C. § 3205(c)(7), respectfully requests that this Court enter a Final Order in Garnishment with respect to the Writ of Garnishment directed to Bank of America, N.A., (Garnishee), and in support thereof, states as follows:

    1.    Pursuant to the Federal Debt Collection Procedures Act of 1990 (28 U.S.C. §§ 2044, 3001 - 3308), the United States filed an Application for Writ of Garnishment for the purpose of garnishing defendant Ravinder Reddy Allala's nonexempt interest, including, but not limited to, a personal checking account, to satisfy a judgment owed to the United States in the amount of $25,017.31 as of July 26, 2012. A Writ directed to the Garnishee was duly issued and served upon the Garnishee.

2.      Pursuant to the Writ, the Garnishee answered, stating that it had in its custody, control, or possession personal property belonging to and due the defendant, namely, a Bank of America checking account, number xxxxxxxx2124.[1]

3.      On September 19, 2012, the defendant was served the Application; the Order to issue the Writ; the Writ; the Clerk's Notice of Post-Judgment Garnishment; and Garnishee's Answer, wherein the defendant was notified of available exemptions and the right to request a hearing within twenty days. On that day, the defendant was also served with the Notice of Garnishment and Instructions to Defendant, wherein the defendant was notified he could object to the Garnishee's answer and request a hearing within twenty days. More than twenty days have elapsed since the defendant was served all documents. On August 22, 2012, the defendant wrote to the Clerk of Court questioning why the garnishee was holding an additional $7,522.50 above the amount requested by the United States' Writ of Garnishment. Doc. 63. This Court construed that letter

---

[1] Garnishee also demanded that, pursuant to Fla. Stat. § 77.28, the Clerk pay a attorney's fees, costs and expenses, for answering the Writ of Garnishment. Neither the MVRA, the FDCPA, nor the EAJA provide for attorney's fees in garnishment proceedings brought by the United States or its agencies. United States v. Texas Life Insurance Company, 2011 WL 900999, *2 (E.D.Tex. March 14, 2011); United States v. Citigroup Global Markets, 569 F. Supp. 2d 708, 712 (E.D. Tex. 2007); United States v. Swopes, 492 F. Supp. 2d 651, 654 (W.D. Tex. 2006); United States v. Roush, 452 F. Supp. 2d 676, 682 (N.D. Tex. 2006).

as a Motion for Clarification and ordered the United States to respond. Doc. 64. On September 13, 2012, the United States advised that the additional amount was withheld by the garnishee due to standard bank protocols. Doc. 68. On September 25, 2012, the defendant again wrote to the Clerk of Court citing a number of reasons the Court should refund whatever money possible to his account. Doc. 72. The defendant also attached an unsigned Claim for Exemption[2] and Request for Hearing form.[3] Id. In subsequent correspondence filed November 8, 2012 (Doc. 77) and February 25, 2013 (Doc. 84), the defendant acknowledges that he owes $25,200 to the United States and that he is seeking the return/refund of the additional $7,522.50 held by the garnishee.

    4.    All conditions for the entry of a Final Order in Garnishment against the defendant's nonexempt interest in the Bank of America checking account, number xxxxxxxx2124, are fully satisfied, and the entry of a Final Order in Garnishment is appropriate.

    5.    Accordingly, pursuant to 28 U.S.C. § 3205(c)(7), it is appropriate for this Court to enter a Final Order in Garnishment directing Bank of America, N.A., to liquidate the defendant's nonexempt interest in his Bank of America checking account, number xxxxxxxx2124, and to pay over to the United States the

---

[2] The "claimed" exemptions do not apply to the defendant's situation.

[3] The defendant has stated that he would be unable to attend any hearing as he is incarcerated.

3

proceeds of that plan, minus mandatory federal income tax withholdings, not to exceed $25,017.31.  The payment made to the United States pursuant to this garnishment should bear the notation "Ravinder Reddy Allala, Case No. 8:11-CR-222-T-30EAJ," be made payable to "Clerk, United States District Court," and be sent to:

>Clerk, United States District Court
>ATTN: DCU
>401 West Central Boulevard, Suite 1200
>Orlando, Florida 32801

WHEREFORE, the United States of America respectfully requests that this Court enter a Final Order in Garnishment with respect to the Writ of Garnishment directed to Bank of America checking account, number xxxxxxxx2124.

>Respectfully submitted,
>
>ROBERT E. O'NEILL
>United States Attorney

By:  s/*Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
Financial Litigation Unit/CLM
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6021
Facsimile:    (813) 274-6247
E-mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Haley & Jhones, P.A.
Attorneys for Garnishee
1500 San Remo Avenue, Suite 222
Coral Gables, Florida 33146

Jay Strongwater, Esq.
Suite 1250, Midtown Plaza
1349 W. Peachtree Street
Atlanta, Georgia 30309

Fritz Scheller
Fritz Scheller, P.L.
1211 Orange Avenue, Suite 103
Winter Park, Florida 32789

Ravinder Reddy Allala
Register # 62774-019
CI D. Ray James
Correctional Institution
P.O. Box 2000
Folkston, Georgia 31537

                                          s/*Suzanne C. Nebesky*
                                          SUZANNE C. NEBESKY
                                          Assistant United States Attorney